UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY DAVID REID,

                Petitioner,

v.

JEFFREY A UTTECHT,

                Respondent.

No. 3:20-CV-5091-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # ], recommending denial of Petitioner §2254 habeas petition, and dismissal with prejudice. Petitioner has not objected.

(1) The Report and Recommendation is **ADOPTED**;

(2) Petitioner's §2254 habeas petition is **DISMISSED** with prejudice and all pending motions are denied as moot;

(3) For the reasons articulated in the R&R, the Court will **NOT** issue a Certificate of Appealability; and

The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

IT IS SO ORDERED.

**DATED** this 24th day of July, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1